# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00058-CV

**In re Herndon Y. Robinson**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

In this mandamus, we initially stayed a foreclosure sale pending resolution of the related appeal and then withdrew that order, conditioning the stay on relator's posting of a bond. Because the related appeal has been disposed of, we dismiss this mandamus proceeding as moot.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Waldrop

Filed:   February 8, 2008